BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
CODY T. STROMAN (SBN 303413)
cstroman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3001

Attorneys for Defendant
G&E REAL ESTATE MANAGEMENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GERKE, individually and as an aggrieved employee pursuant to the Private Attorneys General Act (PAGA),<br><br>Plaintiffs,<br><br>v.<br><br>G&E REAL ESTATE MANAGEMENT SERVICES, INC.; NEWMARK KNIGHT FRANK; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01700-JAM-DB<br><br>**JOINT STIPULATION AND ORDERD EXTENDING DEADLINE FOR THE PARTIES TO HOLD FRCP RULE 26(F) CONFERENCE AND CORRESPONDING DEADLINES** |

Plaintiff JAMES GERKE ("Plaintiff") and Defendant G&E REAL ESTATE MANAGEMENT SERVICES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the deadline for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) was October 23, 2020.

WHEREAS, the Partiers were unable to meet and confer by this date due to Plaintiff's counsel's unavailability caused by the birth of his child.

WHEREAS, the Parties are engaged in informal negotiations to try and reach a resolution of this matter.

WHEREAS, the Parties wish to extend the deadline for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), and deadlines associated with this conference, to December 23, 2020, so that the Parties may continue their informal negotiations to attempt to resolve this matter.

IT IS HERBY STIPULATED THAT, the Parties request that the Court enter and order extending the time for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) to December 23, 2020, to permit the Parties time to attempt to resolve this matter informally and that all deadlines associated with the Federal Rule of Civil Procedure 26(f) conference also be extended pursuant to the Federal Rules of Civil Procedure and Local Rules.

**IT IS SO STIPULATED.**

Dated: November 5, 2020                    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By:  /s/ Barbara I. Antonucci_____
Barbara I. Antonucci
Cody T. Stroman
Attorneys for Defendants
G&E REAL ESTATE MANAGEMENT SERVICES, INC.

Dated: November 5, 2020                    CASTLE LAW

By:  /s/ Timothy B. Del Castillo (as authorized on October 30, 2020)
Timothy B. Del Castillo
Kent Bradbury
Attorneys for Plaintiff
JAMES GERKE

# ORDER

Based upon the foregoing stipulation, and for good cause appearing thereon, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The deadline for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) is extended to December 23, 2020, to permit the Parties time to attempt to resolve this matter informally. All deadlines associated with the Federal Rule of Civil Procedure 26(f) conference are also extended pursuant to the Federal Rules of Civil Procedure and Local Rules.

**IT IS SO ORDERED.**

DATED:  November 5, 2020                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITE STATES DISTRICT COURT JUDGE