BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
CODY T. STROMAN (SBN 303413)
cstroman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3001

Attorneys for Defendant
G&E REAL ESTATE MANAGEMENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GERKE, individually and as an aggrieved employee pursuant to the Private Attorneys General Act (PAGA),<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>G&E REAL ESTATE MANAGEMENT SERVICES, INC.; NEWMARK KNIGHT FRANK; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-01700-JAM-DB<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT G&E REAL ESTATE MANAGEMENT SERVICES, INC.'S MOTION TO STRIKE PURSUANT TO LOCAL RULE 230(F)** |

　　Plaintiff JAMES GERKE ("Plaintiff") and Defendant G&E REAL ESTATE MANAGEMENT SERVICES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

　　WHEREAS, Defendant filed a Motion to Strike portions of Plaintiff's Complaint on September 29, 2020.

　　WHEREAS, the hearing on Defendant's Motion to Strike is currently set for December 8, 2020 at 1:30 p.m.

1  WHEREAS, the Parties are engaged in informal negotiations to try and reach a resolution of
2  this matter.
3  WHEREAS, Plaintiff's counsel has just celebrated the birth of his child and has been caring for
4  both his wife and child.
5  WHEREAS, pursuant to Local Rule 230, subdivision (f), the Parties wish to continue the
6  hearing on Defendant's Motion to Strike to February 2, 2021 at 1:30 p.m., or as soon thereafter as the
7  Court may have availability, so that the Parties may continue their informal negotiations to attempt to
8  resolve this matter.
9  WHEREAS, the Parties agree that the deadline for filing Plaintiff's Opposition to Defendant's
10 Motion to Strike and Defendant's Reply thereto will be based upon the February 2, 2021 hearing date
11 pursuant to Local Rule 230, subdivisions (c) and (d).
12 IT IS HERBY STIPULATED THAT, the Parties request that the Court enter an order
13 continuing the hearing on Defendant's Motion to Strike to February 2, 2021 at 1:30 p.m., or as soon
14 thereafter as the Court may have availability, so that the Parties may continue their informal
15 negotiations to attempt to resolve this matter with briefing to be completed pursuant to Local Rule 230,
16 subdivisions (c) and (d).

17 **IT IS SO STIPULATED.**

18 Dated: November 12, 2020                CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

20                                         By:  /s/ Barbara I. Antonucci_____
                                           Barbara I. Antonucci
21                                         Cody T. Stroman
                                           Attorneys for Defendants
22                                         G&E REAL ESTATE MANAGEMENT SERVICES, INC.

23 Dated: November 12, 2020                CASTLE LAW

25                                         By:  /s/ Timothy B. Del Castillo (as authorized on
                                           November 11, 2020)
26                                         Timothy B. Del Castillo
                                           Kent Bradbury
27                                         Attorneys for Plaintiff
                                           JAMES GERKE
28

**ORDER**

Based upon the foregoing stipulation, and for good cause appearing thereon, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The hearing on Defendant's Motion to Strike is continued to February 9, 2021 at 1:30 PM with briefing to be completed pursuant to Local Rule 230, subdivisions (c) and (d).

**IT IS SO ORDERED.**

DATED:  November 12, 2020                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE