BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
CODY T. STROMAN (SBN 303413)
cstroman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000

Attorneys for Defendant
G&E REAL ESTATE MANAGEMENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GERKE, individually and as an aggrieved employee pursuant to the Private Attorneys General Act (PAGA),<br><br>Plaintiffs,<br><br>v.<br><br>G&E REAL ESTATE MANAGEMENT SERVICES, INC.; NEWMARK KNIGHT FRANK; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01700-JAM-DB<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT G&E REAL ESTATE MANAGEMENT SERVICES, INC.'S MOTION TO STRIKE PURSUANT TO LOCAL RULE 230(F)** |

Plaintiff JAMES GERKE ("Plaintiff") and Defendant G&E REAL ESTATE MANAGEMENT SERVICES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant filed a Motion to Strike portions of Plaintiff's Complaint on September 29, 2020.

WHEREAS, on November 12, 2020, the Parties submitted a joint stipulation to the Court requesting a continuance of the hearing on Defendant's Motion to Strike to permit the Parties time to

1  engage in informal negotiations to reach a settlement of this matter.

2      WHEREAS, on November 13, 2020, the Court entered an order continuing the hearing on

3  Defendant's Motion to Strike to February 9, 2021 at 1:30 p.m.

4      WHEREAS, the Parties have tentatively reached a settlement of this matter and are in the

5  process of finalizing a written settlement agreement.

6      WHEREAS, pursuant to Local Rule 230, subdivision (f), the Parties wish to continue the

7  hearing on Defendant's Motion to Strike to April 6, 2021 at 1:30 p.m., or as soon thereafter as the

8  Court may have availability, so that the Parties may finalize their settlement of this matter.

9      WHEREAS, the Parties agree that the deadline for filing Plaintiff's Opposition to Defendant's

10  Motion to Strike and Defendant's Reply thereto will be based upon the April 6, 2021 hearing date

11  pursuant to Local Rule 230, subdivisions (c) and (d).

12      IT IS HERBY STIPULATED THAT, the Parties request that the Court enter an order

13  continuing the hearing on Defendant's Motion to Strike to April 6, 2021 at 1:30 p.m., or as soon

14  thereafter as the Court may have availability, so that the Parties may finalize their settlement of this

15  matter, with briefing to be completed pursuant to Local Rule 230, subdivisions (c) and (d).

16  **IT IS SO STIPULATED.**

17  Dated: January 19, 2021                                    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

18      By: /s/ Barbara I. Antonucci
19      Barbara I. Antonucci
    Cody T. Stroman
20      Attorneys for Defendants
    G&E REAL ESTATE MANAGEMENT SERVICES, INC.
21

    Dated: January 19, 2021                                    CASTLE LAW
22

23      By: /s/ Timothy B. Del Castillo (as authorized on January 15, 2021)
24      Timothy B. Del Castillo
    Kent Bradbury
25      Attorneys for Plaintiff
    JAMES GERKE

26

27

28

# ORDER

Based upon the foregoing stipulation, and for good cause appearing thereon, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The hearing on Defendant's Motion to Strike is continued to April 6, 2021 at 1:30 PM with briefing to be completed pursuant to Local Rule 230, subdivisions (c) and (d).

**IT IS SO ORDERED.**

Dated:  January 19, 2021                             /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE